| | |
|---|---|
| Elijah L. Milne (SBN 13196) | Michael D. Rawlins (SBN 5467) |
| DENTONS DURHAM JONES PINEGAR P.C. | 3271 E. Warm Springs Rd. |
| 192 East 200 North, Third Floor | Las Vegas, NV 89120 |
| St. George, UT 84770 | (702) 832-1670 |
| (435) 674-0400 | *Designated only for personal service under* |
| (435) 628-1610 fax | *LR IA 11-1(b)(2)* |
| eli.milne@dentons.com | |
| *Attorneys for Defendant* | |

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| WALTER MORANZ, | Case No. 2:24-cv-01564-JAD-BNW |
| Plaintiff, | **STIPULATION TO EXTEND TIME**<br>**(First Request)** |
| vs. | District Judge Jennifer A. Dorsey |
| JASPER WELLER, LLC, | Magistrate Judge Brenda N. Weksler |
| Defendant. | |

In accordance with LR IA 6-1(a), Plaintiff Walter Moranz and Defendant Jasper Weller LLC, by and through their respective undersigned attorneys, hereby stipulate that the deadline for Jasper Weller LLC to respond to the First Amended Complaint, docket no. 1 (filed Aug. 23, 2024), be extended through October 25, 2024. The reason for the extension is that additional time is needed to review and analyze the claims and facts at issue in this case and discuss potential settlement options.

This is the first stipulation for extension of time to respond to the First Amended Complaint.

Signed September 23, 2024.         DENTONS DURHAM JONES PINEGAR P.C.

/s/ Eli Milne
Elijah L. Milne (SBN 13196)
192 E. 200 N., 3rd Fl.
St. George, UT 84770
eli.milne@dentons.com
*Attorneys for Defendant*

1   Signed September 23, 2024.    LEON GREENBERG PC

/s/ Leon Greenberg [authorized by e-mail]
Leon Greenberg (SBN 8094)
Ruthann Devereaux-Gonzalez (SBN 15904)
1811 S. Ranbow Blvd., Ste. 210
Las Vegas, NV 89146
leongreenberg@overtimelaw.com
*Attorneys for Plaintiff*


IT IS SO ORDERED:

_____
Brenda N. Weksler
United States Magistrate Judge

Dated: September 24, 2024

**CERTIFICATE OF SERVICE**

I hereby certify that on September 23, 2024, I caused the foregoing to be served on the following through the online CM/ECF system:

> Leon M. Greenberg
> Ruthann Devereaux-Gonzalez
> LEON GREENBERG PC
> 1811 S. Rainbow Blvd., Ste. 210
> Las Vegas, NV 89146
> wagelaw@hotmail.com
> ranni@overtimelaw.com
> *Attorneys for Plaintiff*

/s/ Eli Milne