LEON GREENBERG, ESQ., SBN 8094
RUTHANN DEVEREAUX-GONZALEZ, ESQ., SBN 15904
Leon Greenberg Professional Corporation
1811 South Rainbow Blvd- Suite 210
Las Vegas, Nevada 89146
Tel (702) 383-6085
Fax (702) 385-1827
leongreenberg@overtimelaw.com
ranni@overtimelaw.com

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| WALTER MORANZ Individually and on behalf of others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>JASPER WELLER, LLC;<br><br><br>Defendant. | Case No.: 2:24-cv-01564-JAD-BNW<br><br>**STIPULATION AND ORDER EXTENDING MOTION BRIEFING SCHEDULE**<br><br>ECF No. 16 |

    Plaintiff Walter Moranz ("Plaintiff") and Defendant Jasper Weller, LLC. ("Defendant"), through their counsel of record, hereby stipulate and agree to extend plaintiff's time to file opposition to defendant's motion to dismiss filed October 23, 2024 (ECF 13) with plaintiff's opposition currently due on November 6, 2024.  This is the first request to extend the time for such motion briefing. The parties stipulate and agree that plaintiff's opposition to defendant's motion to dismiss will be due November 20, 2024.  Defendant's reply to such opposition will be due November 27, 2024.

    The Parties enter into this stipulation in good faith and not for the purposes of delay. This extension is sought because defendant's motion raises issue requiring further investigation by

1

plaintiff's counsel and such counsel has been occupied with other litigation commitments and two full day mediations.

Dated November 4, 2024

Respectfully submitted,

/s/ *Leon Greenberg*
LEON GREENBERG, ESQ.
LEON GREENBERG
PROFESSIONAL CORPORATION
1811 South Rainbow Blvd., Suite 210
Las Vegas, NV  89146
Tel (702) 383-6085
Fax (702) 385-1827
Attorneys for Plaintiffs

Dated November 4, 2024

Respectfully submitted,

/s/ *Elijah L. Milne*
Elijah L. Milne Bar No. 13196
DENTONS DURHAM JONES
PINEGAR P.C.
192 East 200 North, Third Floor
St. George, UT 84770
(435) 674-0400 tel
(435) 628-1610 fax

/s/ *Andrew W. Gruber*
Andrew W. Gruber, pro hac vice
Melissa B. Minix, *pro hac vice*
Shaina Bloom, *pro hac vice*
10 W. Market Street, Suite 2700
Indianapolis, IN 46204
(317) 635-8900 tel
(317) 236-9907 fax

## ORDER

Based on the parties' stipulation [ECF No. 16] and good cause appearing, IT IS ORDERED that **the deadline for plaintiff's opposition to defendant's motion to dismiss [ECF No. 13] is extended to November 20, 2024.  Defendant's reply will be due November 27, 2024.**

_____
U.S. District Judge Jennifer A. Dorsey
Dated: November 6, 2024