Elijah L. Milne (SBN 13196)　　　　　　　　　Michael D. Rawlins (SBN 5467)
DENTONS DURHAM JONES PINEGAR P.C.　　　3271 E. Warm Springs Rd.
192 E. 200 N., 3rd Fl.　　　　　　　　　　　　Las Vegas, NV 89120
St. George, UT 84770　　　　　　　　　　　　(702) 832-1670
(435) 674-0400　　　　　　　　　　　　　　　*Designated only for personal service under*
(435) 628-1610 fax　　　　　　　　　　　　　*LR IA 11-1(b)(2)*
eli.milne@dentons.com

Andrew W. Gruber, *pro hac vice*
Melissa B. Minix, *pro hac vice*
Shaina Bloom, *pro hac vice*
10 W. Market Street, Suite 2700
Indianapolis, IN 46204
(317) 635-8900
(317) 236-9907 fax
andrew.gruber@dentons.com
melissa.minix@dentons.com
Shaina.bloom@dentons.com

*Attorneys for Defendant*

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| WALTER MORANZ,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>JASPER WELLER, LLC,<br><br>　　　　　Defendant. | Case No. 2:24-cv-01564-JAD-BNW<br><br>**STIPULATION TO EXTEND TIME**<br>**(First Request)**<br><br>District Judge Jennifer A. Dorsey<br>Magistrate Judge Brenda N. Weksler |

Defendant Jasper Weller, LLC and Plaintiff Walter Moranz, by and through their respective undersigned attorneys, hereby stipulate that the deadline for Jasper Weller, LLC to respond to the First Amended Complaint, Docket No. 18 (filed November 13, 2024), be extended through December 25, 2024.  The reason for the extension is that additional time is needed to review and analyze the facts and claims at issue in this case and to discuss potential settlement options.

This is the first stipulation to extend time to respond to the First Amended Complaint.  The

parties enter into this stipulation in good faith and not for the purposes of delay.

Signed November 21, 2024        DENTONS DURHAM JONES PINEGAR P.C.

/s/ Eli Milne
Elijah L. Milne (SBN 13196)
192 E. 200 N., 3rd Fl.
St. George, UT 84770
(435) 764-0400
eli.milne@dentons.com

Andrew W. Gruber, *pro hac vice*
Melissa B. Minix, *pro hac vice*
Shaina Bloom, *pro hac vice*
10 W. Market Street, Suite 2700
Indianapolis, IN 46204
(317) 635-8900
(317) 236-9907 fax
andrew.gruber@dentons.com
melissa.minix@dentons.com
Shaina.bloom@dentons.com
*Attorneys for Defendant*

Signed November 21, 2024        LEON GREENBERG PC

/s/ Leon Greenberg_[authorized by e-mail]
Leon Greenberg (SBN 8094)
Ruthann Devereaux-Gonzalez (SBN 15904)
1811 S. Rainbow Blvd., Ste. 210
Las Vegas, NV 89146
leongreenberg@overtimelaw.com
ranni@overtimelaw.com
*Attorneys for Plaintiff*


IT IS SO ORDERED:

Brenda N. Weksler
United States Magistrate Judge

Dated: November 22, 2024

2

# CERTIFICATE OF SERVICE

I hereby certify that on November 21, 2024, I caused the foregoing to be served on the following counsel of record through the online CM/ECF system:

Leon M. Greenberg
Ruthann Devereaux-Gonzalez
LEON GREENBERG PC
1811 S. Rainbow Bld., Ste. 210
Las Vegas, NV 89146
wagelaw@hotmail.com
ranni@overtimelaw.com
*Attorneys for Plaintiff*

/s/ Eli Milne