| | |
|---|---|
| Elijah L. Milne (SBN 13196)<br>DENTONS DURHAM JONES PINEGAR P.C.<br>192 E. 200 N., 3rd Fl.<br>St. George, UT 84770<br>(435) 674-0400<br>(435) 628-1610 fax<br>eli.milne@dentons.com | Michael D. Rawlins (SBN 5467)<br>3271 E. Warm Springs Rd.<br>Las Vegas, NV 89120<br>(702) 832-1670<br>*Designated only for personal service under LR IA 11-1(b)(2)* |

Andrew W. Gruber, *pro hac vice*
Melissa B. Minix, *pro hac vice*
Shaina Bloom, *pro hac vice*
10 W. Market Street, Suite 2700
Indianapolis, IN 46204
(317) 635-8900
(317) 236-9907 fax
andrew.gruber@dentons.com
melissa.minix@dentons.com
Shaina.bloom@dentons.com

*Attorneys for Defendant*

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| WALTER MORANZ,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>JASPER WELLER, LLC,<br><br>　　　　Defendant. | Case No. 2:24-cv-01564-JAD-BNW<br><br>**STIPULATION TO EXTEND TIME**<br>**(Second Request)**<br><br>District Judge Jennifer A. Dorsey<br>Magistrate Judge Brenda N. Weksler |

  Defendant Jasper Weller, LLC and Plaintiff Walter Moranz, by and through their respective undersigned attorneys, hereby stipulate that the deadline for Jasper Weller, LLC to respond to the First Amended Complaint, Docket No. 18 (filed November 13, 2024), be extended from December 25, 2024 through January 9, 2025.  The reason for the extension is that additional time is needed for the parties to continue to discuss potential settlement options.

  This is the second stipulation to extend time to respond to the First Amended Complaint. The parties enter into this stipulation in good faith and not for the purposes of delay.

24460846.v1

| | | |
|---|---|---|
| 1 | Signed December 18, 2024 | DENTONS DURHAM JONES PINEGAR P.C. |
| 2 | | /s/ Eli Milne |
| | | Elijah L. Milne (SBN 13196) |
| | | 192 E. 200 N., 3rd Fl. |
| | | St. George, UT 84770 |
| | | (435) 764-0400 |
| | | eli.milne@dentons.com |
| | | |
| | | Andrew W. Gruber, *pro hac vice* |
| | | Melissa B. Minix, *pro hac vice* |
| | | Shaina Bloom, *pro hac vice* |
| | | 10 W. Market Street, Suite 2700 |
| | | Indianapolis, IN 46204 |
| | | (317) 635-8900 |
| | | (317) 236-9907 fax |
| | | andrew.gruber@dentons.com |
| | | melissa.minix@dentons.com |
| | | Shaina.bloom@dentons.com |
| | | |
| | | *Attorneys for Defendant* |
| | | |
| | Signed December 18, 2024 | LEON GREENBERG PC |
| | | |
| | | /s/ Leon Greenberg [authorized by email] |
| | | Leon Greenberg (SBN 8094) |
| | | Ruthann Devereaux-Gonzalez (SBN 15904) |
| | | 1811 S. Rainbow Blvd., Ste. 210 |
| | | Las Vegas, NV 89146 |
| | | leongreenberg@overtimelaw.com |
| | | ranni@overtimelaw.com |
| | | |
| | | *Attorneys for Plaintiff* |

IT IS SO ORDERED:

Brenda N. Weksler
United States Magistrate Judge

Dated: December 19, 2024

24460846.v1

**CERTIFICATE OF SERVICE**

I hereby certify that on December 18, 2024, I caused the foregoing to be served on the following counsel of record through the online CM/ECF system:

Leon M. Greenberg
Ruthann Devereaux-Gonzalez
LEON GREENBERG PC
1811 S. Rainbow Bld., Ste. 210
Las Vegas, NV 89146
wagelaw@hotmail.com
ranni@overtimelaw.com
*Attorneys for Plaintiff*

            /s/ Eli Milne      

3

24460846.v1