LEON GREENBERG, ESQ., SBN 8094
RUTHANN DEVEREAUX-GONZALEZ, ESQ., SBN 15904
Leon Greenberg Professional Corporation
1811 South Rainbow Blvd- Suite 210
Las Vegas, Nevada 89146
Tel (702) 383-6085
Fax (702) 385-1827
leongreenberg@overtimelaw.com
ranni@overtimelaw.com

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| WALTER MORANZ Individually and on behalf of others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>JASPER WELLER, LLC;<br><br>Defendant. | Case No.: 2:24-cv-01564-JAD-BNW<br><br>**STIPULATION AND ORDER STAYING CASE PENDING SETTLEMENT**<br><br>ECF Nos. 29, 30 |

Plaintiff Walter Moranz ("Plaintiff") and Defendant Jasper Weller, LLC. ("Defendant"), through their counsel of record, hereby stipulate and agree to stay this case for all purposes, as of January 16, 2025, for a period of twenty-one (21) days so they may prepare and file a Stipulation of Dismissal with Prejudice with the Court that will conclude this case pursuant to the terms of their agreed upon Settlement. This is their first request to secure such a stay of this case

The Parties enter into this stipulation in good faith and not for the purposes of delay. This stay is sought because the parties are in the process of taking the steps necessary to effectuate

their agreed upon resolution of this dispute that will allow them to file a stipulation of dismissal with prejudice of this case with the Court.

Dated January 16, 2025

Respectfully submitted,

/s/ *Leon Greenberg*
LEON GREENBERG, ESQ.
LEON GREENBERG
PROFESSIONAL CORPORATION
1811 South Rainbow Blvd., Suite 210
Las Vegas, NV  89146
Tel (702) 383-6085
Fax (702) 385-1827
Attorneys for Plaintiffs

Dated January 16, 2025

Respectfully submitted,

/s/ *Elijah L. Milne*
Elijah L. Milne Bar No. 13196
DENTONS DURHAM JONES
PINEGAR P.C.
192 East 200 North, Third Floor
St. George, UT 84770
(435) 674-0400 tel
(435) 628-1610 fax

/s/ *Andrew W. Gruber*
Andrew W. Gruber, pro hac vice
Melissa B. Minix, *pro hac vice*
Shaina Bloom, *pro hac vice*
10 W. Market Street, Suite 2700
Indianapolis, IN 46204
(317) 635-8900 tel
(317) 236-9907 fax

# ORDER

Based on the parties' stipulation **[ECF No. 30]** and good cause appearing, IT IS HEREBY ORDERED that **THIS ACTION IS STAYED UNTIL 2/6/25** for all purposes so that the parties can complete settlement.  IT IS FURTHER ORDERED that **the pending motion to dismiss [29] is DENIED without prejudice to its refiling by 2/14/25** should the settlement not be completed.

_____
U.S. District Judge Jennifer A. Dorsey
Dated: January 22, 2025