LEON GREENBERG, ESQ., SBN 8094
RUTHANN DEVEREAUX-GONZALEZ, ESQ., SBN 15904
Leon Greenberg Professional Corporation
1811 South Rainbow Blvd- Suite 210
Las Vegas, Nevada 89146
Tel (702) 383-6085
Fax (702) 385-1827
leongreenberg@overtimelaw.com
ranni@overtimelaw.com

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| WALTER MORANZ Individually and on behalf of others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>JASPER WELLER, LLC;<br>Defendant. | Case No.: 2:24-cv-01564-JAD-BNW<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE**<br><br>ECF No. 32 |

IT IS HEREBY STIPULATED AND AGREED the claims set forth in the Complaint by Walter Moranz ("Plaintiff") against Defendant Jasper Weller, LLC. ("Defendant") are dismissed, with prejudice, with each party to bear its own fees

1

and costs in respect to the same.

Dated January 29, 2025

Respectfully submitted,

/s/ *Leon Greenberg*
LEON GREENBERG, ESQ.
LEON GREENBERG
PROFESSIONAL CORPORATION
1811 South Rainbow Blvd., Suite 210
Las Vegas, NV 89146
Tel (702) 383-6085
Fax (702) 385-1827
Attorneys for Plaintiffs

Dated January 29, 2025

Respectfully submitted,

/s/ *Elijah L. Milne*
Elijah L. Milne Bar No. 13196
DENTONS DURHAM JONES
PINEGAR P.C.
192 East 200 North, Third Floor
St. George, UT 84770
(435) 674-0400 tel
(435) 628-1610 fax

/s/ *Andrew W. Gruber*
Andrew W. Gruber, *pro hac vice*
Melissa B. Minix, *pro hac vice*
Shaina Bloom, *pro hac vice*
10 W. Market Street, Suite 2700
Indianapolis, IN 46204
(317) 635-8900 tel
(317) 236-9907 fax

ORDER

Based on the parties' stipulation **[ECF No. 32]** and good cause appearing, IT IS HEREBY ORDERED that **THIS ACTION IS DISMISSED** with prejudice, each side to bear its own fees and costs. The Clerk of Court is directed to **CLOSE THIS CASE.**

_____
U.S. District Judge Jennifer A. Dorsey
Dated: January 31, 2025